IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| QUENTIN A. WILKERSON, | § | |
| | § | |
| Defendant Below, | § | No. 264, 2018 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1306023969 (S) |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: August 1, 2018
Decided: September 17, 2018

Before **STRINE**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

## O R D E R

After careful consideration of the appellant's opening brief, the State's motion to affirm, and the record on appeal on appeal, we conclude that the Superior Court's letter decision denying the appellant's motion for modification of sentence should be affirmed. Although the appellant's motion indicated that he went through Probation and Parole and his treatment provider in preparing the motion, there was no sign that Probation and Parole or his treatment provider supported the motion. As to the appellant's reliance on the results of a recent polygraph test to support his position, that test occurred after the Superior Court denied the motion. The Superior

Court did not have the opportunity to consider those results and we will not consider them for the first time on appeal.[1]

NOW, THEREFORE, IT IS ORDERED that the motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice

---

[1] Supr. Ct. R. 8.